UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BERTRAM AND PATRICIA TURLICH**         CIVIL ACTION

**VERSUS**                                No. 06-8897

**STATE FARM FIRE AND CASUALTY**          SECTION: I/1
**COMPANY, ET AL.**

## ORDER

The Court has reviewed defendant's motion for new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure. The Court has ruled on these issues previously, *see Pennison v. State Farm Fire and Casualty Company*, No. 06-8437, slip op. (E.D. La. Dec. 1, 2006), and there is no valid basis for reconsideration of the motion to remand in this matter.

Defendant's motion for new trial[1] is **DENIED**.

New Orleans, Louisiana, January __31st__, 2007.

                                    LANCE M. AFRICK
                                UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 8.